# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| NuGate Group, LLC ) | ASBCA No. 59753 |
| ) | |
| Under Contract No. FA8601-13-C-0031 ) | |

APPEARANCES FOR THE APPELLANT:
Adam K. Lasky, Esq.
Howard W. Roth, III, Esq.
  Oles Morrison Rinker & Baker, LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:
Col Matthew J. Mulbarger, USAF
  Air Force Chief Trial Attorney
Anna F. Kurtz, Esq.
Maj Robert P. Watkins IV, USAFR
Capt Tamberneshia N. Willis, USAFR
  Trial Attorneys

## ORDER OF DISMISSAL

This appeal has been settled. Accordingly, it is hereby dismissed with prejudice.

Dated: 7 July 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59753, Appeal of NuGate Group, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals